USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2023

**VIA ECF**

May 16, 2023

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

      Re:    **Parvin et. al. v 1320 Hutchinson Donuts LLC , et al.**
              **Civil Action No.: 1:22-cv-10710**

Dear Judge Vyskocil:

    The parties in the above-referenced action write jointly to request that Your Honor permit the parties to forego mediation via the Court's program in favor of private mediation, which the parties scheduled for June 8, 2023, before Stephen Sonnenberg, Esq.

    The parties appreciate the opportunity to utilize the Court's Mediation Program, but we believe that Mr. Sonnenberg is better suited to resolve the issues in this matter.

Respectfully submitted,

/s/ *Liane Fisher*
FISHER TAUBENFELD, LLP

Liane Fisher

225 Broadway, Suite 1700
New York, NY 10007
(212) 384-0262
liane@fishertaubenfeld.com

*Attorneys for Plaintiffs*

/s/ *Siobhan Healy*
KAUFMAN DOLOWICH & VOLUCK, LLP

Siobhan Healy

245 Main Street, Suite 330
White Plains, NY 10601
(914) 470-0001
siobhan.healy@kdvlaw.com

*Attorneys for Defendants*

---

**Granted. SO ORDERED.**

Date: 5/17/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge