```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DALIA PARVIN, et al.,

                 Plaintiffs,

-against-

1320 HUTCHINSON DONUTS LLC, et al.,

                 Defendants.

1:22-cv-10710 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Status Conference scheduled for July 19, 2023 is hereby rescheduled to August 23, 2023 at 2:30 PM.

**SO ORDERED.**

**Date: July 10, 2023**
**New York, NY**

                                                    **MARY KAY VYSKOCIL**
                                                    **United States District Judge**