

FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's email: liane@fishertaubenfeld.com
Writer's mobile: (917) 816-5121

August 17, 2023

**VIA ECF**
Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, NY 10007

      Re:   **Parvin, et al. v. 1320 Hutchinson Donuts LLC, et al.**
              **(Case No.: 22-cv-10710) (MKV)**

Dear Judge Clarke:

      This firm represents Plaintiffs in the above-referenced matter. We write jointly with Defendants to inform the Court that the parties have reached a settlement in principle and have drafted and finalized a settlement agreement. That agreement is in the process of being executed by the parties. In light of this, the parties jointly request that the status conference scheduled for August 22, 2023 be adjourned.

                                       Respectfully submitted,

                                       Liane Fisher

Request GRANTED. The status conference scheduled for August 22, 2023 is hereby ADJOURNED.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: August 17, 2023
      New York, New York